**Harry A. CUTCHIN, Plaintiff–Appellant,**

v.

**Edward HOGSHIRE, Judge, 16th Judicial Circuit Court, Defendant–Appellee.**

No. 09–7747.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2009.

Decided: Dec. 22, 2009.

Harry A. Cutchin, Appellant Pro Se. Paul Kugelman, Jr., Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harry A. Cutchin appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cutchin v. Hogshire*, No. 3:08–cv–00802–JRS (E.D.Va. Sept. 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*